IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NOS. 4:21-CR-18, 4:14-CR-23 |
| **JOVAN FLOYD** | |

## ORDER

On February 8, 2022, Jovan Floyd was sentenced by this Court in case number 4:21-CR-18-001(CDL) to 37 months imprisonment (ECF No. 27) for Possession of a Firearm by a Convicted Felon, to be served consecutively to the sentence in case number 4:14-CR-23-001(CDL).

Also on February 8, 2022, Jovan Floyd was sentenced by this Court in case number 4:14-CR-23-001(CDL) to 24 months imprisonment (ECF No. 62), to be served consecutively to the sentence in case number 4:21-CR-18-001(CDL).

The total term resulting from the above sentences was 61 months imprisonment. The Judgments in a Criminal Case for both cases were silent regarding the relationship between those sentences and a subsequent State of Georgia sentence.

Accordingly, the Court hereby orders the 37-month imprisonment sentence imposed for case number 4:21-CR-18-001(CDL) and the 24-month imprisonment sentence imposed for case number 4:14-CR-23-001(CDL) be served CONSECUTIVELY with the State of Georgia sentence imposed in Muscogee County, Georgia Superior Court case number SU2021CR559.

All other aspects of the sentences, as set forth in the original Judgments in a Criminal Case dated February 8, 2022, [4:21-CR-18-001(CDL)- ECF No. 27 and 4:14-CR-23-001(CDL) - ECF No. 62] shall remain in effect.

**SO ORDERED**, this **19th** day of **December**, **2024**.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA